IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE W. HARBRUCKER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Defendant. | **8:19CV533**<br><br>**ORDER** |

Plaintiff represents that the parties agree to dismiss this case without prejudice (Filing No. 22). This case is hereby dismissed without prejudice with all parties to bear their own costs.

Dated this 16th day of August, 2021.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge