IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re: | |
| TOXIC EXPOSURE CASES (diesel fume exhaust and other alleged toxins) against UNION PACIFIC RAILROAD COMPANY, <br><br> Defendant. | **ORDER** <br><br> **7:18CV5007** <br> **8:18CV57** <br> **8:18CV59** <br> **8:18CV64** <br> **8:18CV79** <br> **8:18CV138** <br> **8:18CV363** <br> **8:18CV389** <br> **8:18CV407** <br> **8:18CV415** <br> **8:18CV512** <br> **8:18CV540** <br> **8:18CV577** <br> **8:19CV22** <br> **8:19CV26** <br> **8:19CV56** <br> **8:19CV68** <br> **8:19CV70** <br> **8:19CV71** <br> **8:19CV96** <br> **8:19CV98** <br> **8:19CV138** <br> **8:19CV140** <br> **8:19CV159** <br> **8:19CV166** <br> **8:19CV174** <br> **8:19CV236** <br> **8:19CV285** <br> **8:19CV286** <br> **8:19CV292** <br> **8:19CV380** <br> **8:19CV382** <br> **8:19CV389** <br> **8:19CV428** <br> **8:19CV458** <br> **8:19CV463** |

|  |
|---|
| **8:19CV464**<br>**8:19CV498**<br>**8:19CV523**<br>**8:19CV525**<br>**8:19CV533**<br>**8:20CV6**<br>**8:20CV217**<br>**8:20CV261**<br>**8:20CV291**<br>**8:20CV292**<br>**8:20CV298**<br>**8:20CV309**<br>**8:20CV318**<br>**8:20CV319**<br>**8:20CV335**<br>**8:20CV366** |

Upon notice from Cozen O'Connor Law Firm, Bryant A. Andrews will no longer represent Defendant and his withdrawal will not be cause for delay in case progression. Defendant will continue to be represented by Laura Reinhart and Andrew Reinhart.

IT IS ORDERED that the motions to withdraw filed by Bryant A. Andrews, as counsel of record for Defendant are granted. Bryant A. Andrews shall no longer receive electronic notice in this case.

Dated this 17th day of September, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge